Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996 x320
mail@ch13bk.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MATTHEW DEREK MANGINO,<br><br><br>Debtor. | Chapter 13<br>Case No. 2-20-bk-04640 EPB<br><br>**TRUSTEE'S MOTION TO DISMISS CASE DUE TO DELINQUENT PLAN PAYMENTS**<br><br>Deadline: March 01, 2021 |

Russell Brown, CHAPTER 13 TRUSTEE, pursuant to 11 U.S.C. § 1307(c), moves to dismiss the case. The Debtor has defaulted in plan payments in the amount of **$4,150.00**.

Pursuant to Local Rule 2084-15, the Court will grant the Trustee's motion unless by **March 01, 2021,** the Debtor:

(1) Brings the Plan payments current;

(2) Files a Notice of Conversion to Chapter 7 and serves a copy on the Trustee; or

(3) Files a modified plan containing a moratorium of the delinquent plan payments.

| | |
|---|---|
| 1 | A copy of this Motion to Dismiss was |
| 2 | mailed or emailed on the below date to: |
| 3 | |
| 4 | MATTHEW DEREK MANGINO<br>7622 WEST FETLOCK TRAIL |
| 5 | PEORIA, AZ   85383 |
| 6 | |
| 7 | |
| 8 | |
| 9 | PHOENIX FRESH START<br>THOMAS ADAMS MCAVITY |
| 10 | 4131 MAIN STREET<br>SKOKIE, IL   60076 |
| 11 | tom@nwrelief.com |
| 12 | |
| 13 | |
| 14 | |
| 15 | _____ |
| 16 | B Kahlstorf |