# Notice Recipients

District/Off: 0970−2  User: stroude  Date Created: 3/3/2021
Case: 2:20−bk−04640−EPB  Form ID: nch13pln  Total: 40

**Recipients of Notice of Electronic Filing:**
tr   RUSSELL BROWN   mail@ch13bk.com
aty  LEONARD J. MCDONALD, JR.   ecf@tblaw.com
aty  MARIA ANGELA TSAGARIS   BankruptcyECFMail@mccallaraymer.com
aty  Rachel Elizabeth Flinn   rflinn@ch13bk.com
aty  THOMAS ADAMS MCAVITY   documents@phxfreshstart.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         MATTHEW DEREK MANGINO   7622 W. FETLOCK TRAIL   PEORIA, AZ 85383
cr         Freedom Mortgage Corporation   10500 Kincaid Drive   Fishers, IN 46037
cr         Collins Asset Group LLC.   Bass & Associates, P.C.   3936 E. Ft. Lowell Rd, Suite #200   Tucson, AZ 85712
smg        AZ DEPARTMENT OF REVENUE   BANKRUPTCY & LITIGATION   1600 W. MONROE, 7TH FL.   PHOENIX, AZ 85007−2650
16075348   1 STOP MONEY CENTERS LLC   PO BOX 5636   PHOENIX AZ 85010
16055959   1 Stop Title Loans   6650 W. Thomas Rd   Phoenix AZ 85033
16055958   1 Stop Title Loans   PO Box 5636   Phoenix AZ 85010
16083998   AAFCU   PO BOX 619001 MD 2100   DALLAS, TX 75261
16055960   Ace Cash Express   17220 N. 19th Avenue   Ste 101   Phoenix AZ 85023
16055961   Ace Cash Express   2716 W Indian School Rd   #107   Phoenix AZ 85017
16055962   American Airlines FCU   Attn: Bankruptcy   Pob 619001 Md 2100   Dfw Airport TX 75261
16055963   American Honda Finance   Attn: Bankruptcy   Po Box 168088   Irving TX 75016
16058384   American Honda Finance Corporation   National Bankruptcy Center   P.O. Box 168088   Irving, TX 75016−8088
16055966   Capital One   Attn: Bankruptcy   Po Box 30285   Salt Lake City UT 84130
16102049   Capital One Bank (USA), N.A.   by American InfoSource as agent   PO Box 71083   Charlotte, NC 28272−1083
16055968   Cash 1   725 E Covey Lane   Ste 170   Phoenix AZ 85024
16139038   Collins Asset Group, LLC   Bass & Associates, P.C.   3936 E. Ft. Lowell Suite 200   Tucson, AZ 85712
16055969   Finwise Rise   Attention Bankruptcy   Po Box 679900   Dallas TX 75267
16055970   Freedom Mortgage Corporation   Attn: Bankruptcy   907 Pleasant Valley Ave, Ste 3   Mt Laurel NJ 08054
16093576   Freedom Mortgage Corporation   Bankruptcy Department   10500 Kincaid Drive, Suite 300   Fishers, IN 46037
16130964   Freedom Mortgage Corporation   Seventh Floor Camelback Esplanade II   2525 E. Camelback Rd,   Phoenix, AZ 85016
16055971   Golden Valley Lending   635 East Hwy 20, E   Upper Lake CA 95485
16055972   Joe Mangino   4422 W. Chama Drive   Glendale AZ 85310
16055973   LendingPoint LLC.   Attn: Bankruptcy   1201 Roberts Blvd Suite 200   Kennesaw GA 30144
16055974   Navient   Attn: Bankruptcy   Po Box 9640   Wilkes Barre PA 18773
16075203   Navient Solutions, LLC on behalf of   Texas Guaranteed Student   Loan Corporation   DBA Trellis Company   PO BOX 83100   Round Rock, TX 78683−3100
16055975   OneMain Financial   Attn: Bankruptcy   Po Box 3251   Evansville IN 47731
16128116   Quantum3 Group LLC as agent for   Reel Time Capital LLC   PO Box 788   Kirkland, WA 98083−0788
16055976   Speedy Cash   4040 N. 48th Street   Phoenix AZ 85018
16055977   Speedy Cash Collections   3611 N. Ridge Road   Wichita KS 67205
16071547   Speedy/Rapid Cash   PO Box780408   Wichita, KS 67278
16055978   Universal American Mtg   Attn: Bankruptcy Department   15550 Lightwave Dr., Ste 200   Clearwater FL 33760
16055964   arrow head hospital   18701 N 67th Ave   Glendale AZ 85308
16055965   buckeye check smart   8310 W. Thomas Rd   Phoenix AZ 85037
16055967   cash 1   2415 E Thomas Rd   #2   Phoenix AZ 85016

TOTAL: 35